1  Steven M. White (#020061)
2  **WHITE BERBERIAN PLC**
   60 E. Rio Salado Pkwy., Suite 900
3  Tempe, Arizona  85281
   Tel:  (480) 626-2783
4  Fax:  (480) 718-8368
5  E-mail:  swhite@wbazlaw.com
   *Attorney for Plaintiff*
6
7  **UNITED STATES DISTRICT COURT**
8  **DISTRICT OF ARIZONA**

9
10 NEW YORK STUDIO, INC., a Delaware corporation,                    NO.
11
                 Plaintiff,
12 v.                                                                **SUMMONS**
13 THE BETTER BUSINESS BUREAU, INC., an
14 Arizona non-profit corporation,
15 and
16
17 THE BETTER BUSINESS BUREAU OF
   GREATER ST. LOUIS, INC., a Missouri non-
18 profit corporation,
19                Defendants.

20
21     **THE STATE OF ARIZONA TO THE DEFENDANT:**
22
       Michelle L. Corey, President, CEO, and R/A
23     THE BETTER BUSINESS BUREAU OF
       GREATER ST. LOUIS, INC.
24     15 Sunnen Drive, Ste. 107
25     St. Louis, MO  63143
26
27     **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the
28 time applicable, in this action in this Court. If served within Arizona, you shall appear and

defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona — whether by direct service, by registered or certified mail, or by publication — you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc. 4; A.R.S. §§ 20-222, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief requested in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. Ariz. R. Civ. Proc. 5 and 10(d); A.R.S. § 12-311.

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST THREE (3) WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

**SIGNED AND SEALED this date:**_____

**Clerk**

**By**_____
   **Deputy Clerk**