| | |
|---|---|
| 1 | Steven M. White (#020061) |
| 2 | **WHITE BERBERIAN PLC** |
| | 60 E. Rio Salado Pkwy., Suite 900 |
| 3 | Tempe, Arizona  85281 |
| 4 | Tel:  (480) 626-2783 |
| | Fax:  (480) 718-8368 |
| 5 | E-mail:  swhite@wbazlaw.com |
| 6 | *Attorney for Plaintiff* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NEW YORK STUDIO, INC., a Delaware corporation, | NO. |
| Plaintiff, | |
| v. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| THE BETTER BUSINESS BUREAU, INC., an Arizona non-profit corporation, | |
| and | |
| THE BETTER BUSINESS BUREAU OF GREATER ST. LOUIS, INC., a Missouri non-profit corporation, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff New York Studio, Inc., hereby states as follows:

New York Studio, Inc. has no parent corporation and there is no publicly held corporation owning 10% of more of the stock of New York Studio, Inc.

RESPECTFULLY SUBMITTED this 28th day of September, 2010.

**WHITE BERBERIAN PLC**

Case 2:10-cv-02078-SRB   Document 3   Filed 09/28/10   Page 2 of 2

|   |   |
|---|---|
| 1 |   |
| 2 | By  /s/Steven White |
| 3 | Steven M. White |
|   | 60 East Rio Salado Pkwy., Ste. 900 |
| 4 | Tempe, Arizona  85281 |
| 5 | *Attorney for Plaintiff* |

**ORIGINAL** of the foregoing e-filed
this 28th day of September, 2010:

Clerk of the Court
Sandra Day O'Connor U. S. Courthouse
401 West Washington Street
Phoenix, Arizona  85003-2118

2