AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| New York Studio Inc. | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 2:10-cv-02078-SRB |
| Better Business Bureau Incorporated et al | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Robert Andrew, President
BETTER BUSINESS BUREAU OF ALASKA,
OREGON and WESTERN WASHINGTON
1000 Station Drive, Ste. 222
Dupont, WA  98327

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven M. White
White Berberian PLC
60 E. Rio Salado Pkwy, Ste. 900
Tempe, Arizona 85281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____        _____
_Signature of Clerk or Deputy Clerk_