Steven M. White (#020061)
Paul D. Ticen (#024788)
**WHITE BERBERIAN PLC**
60 E. Rio Salado Pkwy., Suite 900
Tempe, Arizona 85281
Tel: (480) 626-2783
Fax: (480) 718-8368
E-mail: swhite@wbazlaw.com
pticen@wbazlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NEW YORK STUDIO, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE BETTER BUSINESS BUREAU, INC., an Arizona non-profit corporation; THE BETTER BUSINESS BUREAU OF GREATER ST. LOUIS, INC., a Missouri non-profit corporation; BETTER BUSINESS BUREAU OF ALASKA, OREGON AND WESTERN WASHINGTON, a Washington non-profit corporation; and COUNCIL OF BETTER BUSINESS BUREAUS, INC., a Delaware non-profit corporation,<br><br>Defendants. | NO. CV-10-02078-PHX-SRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE BETTER BUSINESS BUREAU OF GREATER ST. LOUIS, INC.** |

Plaintiff New York Studio, Inc. (hereinafter the "Plaintiff" or "NYS"), by counsel and pursuant to Fed. R. Civ. P. 41(a), hereby files its Notice of Dismissal without prejudice of Defendant The Better Business Bureau of Greater St. Louis, Inc. This Defendant has not filed an answer or a motion for summary judgment in this matter.

RESPECTFULLY SUBMITTED this 13th day of December 2010.

**WHITE BERBERIAN PLC**

By  /s/Steven White
    Steven M. White
    60 East Rio Salado Pkwy., Ste. 900
    Tempe, Arizona 85281

    David Ludwig (*pro hac vice*)
    Dunlap, Grubb & Weaver, PLLC
    199 Liberty Street, SW
    Leesburg, VA  20175

    *Attorneys for Plaintiff*

**CERTIFICATE OF FILING AND SERVICE**

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on December 13th, 2010, I electronically filed:

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT THE BETTER BUSINESS BUREAU OF GREATER ST. LOUIS, INC.**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

Peter J. Borns
Charitie L. Hartsig
Ryley Carlock & Applewhite
One North Central Ave., Ste. 1200
Phoenix, AZ  85004-4417
*Attorneys for Defendants The Better Business Bureau, Inc.,*

|   |   |
|---|---|
| 1 | *The Better Business Bureau of Greater St. Louis, Inc., and* |
| 2 | *Council of Better Business Bureaus, Inc.* |
| 3 | Richard S. Ralston |
| 4 | 2001 Western Avenue, Suite 400 |
|   | Seattle, WA 98121 |
| 5 | *Attorney for Defendant Better Business Bureau* |
| 6 | *of Alaska, Oregon and Western Washington* |
| 7 | Courtesy copy mailed on this date to: |
| 8 |   |
| 9 | Joseph E. Martineau |
|   | Lewis Rice LC |
| 10 | 600 Washington Ave., Ste. 2500 |
|   | St. Louis, MO  63101 |
| 11 | *Of counsel for The Better Business Bureau of Greater St. Louis, Inc.* |

*The Better Business Bureau of Greater St. Louis, Inc., and*
*Council of Better Business Bureaus, Inc.*

Richard S. Ralston
2001 Western Avenue, Suite 400
Seattle, WA 98121
*Attorney for Defendant Better Business Bureau*
*of Alaska, Oregon and Western Washington*

Courtesy copy mailed on this date to:

Joseph E. Martineau
Lewis Rice LC
600 Washington Ave., Ste. 2500
St. Louis, MO  63101
*Of counsel for The Better Business Bureau of Greater St. Louis, Inc.*

/s/Steven White
Steven M. White
WHITE BERBERIAN PLC
60 East Rio Salado Pkwy., Ste. 900
Tempe, Arizona 85281
*Attorney for Plaintiff*