**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4417
Telephone:  602/258-7701
Telecopier:  602/257-9582

Andrea G. Lisenbee - #019882
alisenbee@rcalaw.com
Peter J. Borns – #020998
pborns@rcalaw.com
Charitie L. Hartsig – #025524
chartsig@rcalaw.com

Attorneys for Defendant *Better Business Bureau, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| New York Studio, Inc., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>The Better Business Bureau, Inc., an Arizona non-profit corporation; The Better Business Bureau of Greater St. Louis, Inc., a Missouri non-profit corporation; Better Business Bureau of Alaska, Oregon and Western Washington, a Washington non-profit corporation; and Council of Better Business Bureaus, Inc., a Delaware non-profit corporation,<br><br>            Defendants. | No. 2:10-cv-02078 SRB<br><br>**BETTER BUSINESS BUREAU, INC.'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(Assigned to the<br>Honorable Susan R. Bolton) |

Defendant Better Business Bureau, Inc. ("the Phoenix BBB"), for its Answer to the Amended Complaint (the "Complaint") filed by Plaintiff New York Studio, Inc. ("NYS"), admits, denies, and alleges as follows:

## **PARTIES**

1. In answering paragraph 1 of the Complaint, the Phoenix BBB admits NYS is a Delaware corporation, but otherwise is without sufficient information at this time to form a belief as to the truth or falsity of the remaining allegations of paragraph 1 and

1356433.1
1/16/11

therefore denies the same.

2. In answering paragraph 2 of the Complaint, the Phoenix BBB admits it is an Arizona non-profit corporation, which is licensed by the Council of Better Business Bureaus, Inc (the "CBBB"), a Delaware corporation, to use the name and trademark of the CBBB subject to certain terms and conditions, but otherwise denies the remaining allegations of paragraph 2.

3. In answering paragraph 3 of the Complaint, the Phoenix BBB asserts the allegations contained therein concern and are directed to another party which has now been voluntarily dismissed from this action by Plaintiff, and therefore no response is necessary. Alternatively, the Phoenix BBB admits The Better Business Bureau of Greater St. Louis, Inc. (the "St. Louis BBB") is a Missouri non-profit corporation, which upon information and belief is licensed by the CBBB to use the CBBB's name and trademark under terms and conditions similar to those agreed to by the Phoenix BBB, but the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the remaining allegations of paragraph 3 and therefore denies the same.

4. In answering paragraph 4 of the Complaint, the Phoenix BBB asserts the allegations contained therein concern and are directed to another party which has now been voluntarily dismissed from this action by Plaintiff, and therefore no response is necessary. Alternatively, the Phoenix BBB admits The Better Business Bureau of Alaska, Oregon and Western Washington (the "Alaska BBB") is a Washington non-profit corporation, which upon information and belief is licensed by the CBBB to use the CBBB's name and trademark under terms and conditions similar to those agreed to by the Phoenix BBB, but the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the remaining allegations of paragraph 4 and therefore denies the same.

5. In answering paragraph 5 of the Complaint, the Phoenix BBB asserts the

allegations contained therein concern and are directed to another party which has now been voluntarily dismissed from this action by Plaintiff, and therefore no response is necessary. Alternatively, the Phoenix BBB admits the CBBB is a Delaware non-profit corporation, but the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the remaining allegations of paragraph 5 and therefore denies the same.

## JURISDICTION AND VENUE

6. In answering paragraph 6 of the Complaint, the Phoenix BBB admits that following NYS's voluntary dismissal of all other parties this Court currently has subject matter jurisdiction over this matter because NYS and the Phoenix BBB are citizens of different states and the amount in controversy exceeds $75,000.00, and the Phoenix BBB denies the remaining allegations of paragraph 6.

7. The Phoenix BBB admits the allegations of paragraph 7.

8. The Phoenix BBB denies the allegations of paragraphs 8, 9 and 10 of the Complaint, and asserts that the substance of these allegations is now moot in light of NYS's voluntary dismissal of the St. Louis BBB, the Alaska BBB and the CBBB.

9. The Phoenix BBB admits the allegations in paragraph 11 of the Complaint.

## ALLEGATIONS OF FACT

10. In answering paragraphs 12 and 13 of the Complaint, the Phoenix BBB is without sufficient knowledge and information at this time to form a belief as to the truth or falsity of the allegations contained in those paragraphs and therefore denies the same.

11. The Phoenix BBB admits the allegations in paragraph 14 of the Complaint.

12. In answering paragraphs 15 to 21 of the Complaint, the Phoenix BBB is without sufficient knowledge and information at this time to form a belief as to the truth or falsity of the allegations contained in those paragraphs and therefore denies the same.

The Phoenix BBB's "Business Reliability Report"

13.    In answering paragraph 22 of the Complaint, the Phoenix BBB admits that between August 1, 2009, and early September 2010, and for periods of time prior to August 1, 2009, it published on its website a "Business Reliability Report" related to the Academy of Cinema and Television ("ACT") and "T*he*".  The Phoenix BBB also asserts that nothing in its reporting was false, defamatory or actionable, and denies the remaining allegations in paragraph 22 of the Complaint.

14.    In answering paragraph 23 of the Complaint, the Phoenix BBB is without sufficient knowledge and information at this time to form a belief as to the truth or falsity of the allegations contained in that paragraph and therefore denies the same.

15.    The Phoenix BBB denies the allegations contained in paragraphs 24 to 29 of the Complaint, and specifically asserts that it made no false, defamatory or actionable statements about NYS and/or "T*he*."

The St. Louis BBB's Republication

16.    In answering paragraphs 30 to 33 of the Complaint, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*he* and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions.  Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the remaining allegations related to the actions of the St. Louis BBB, which has been voluntarily dismissed from this action, related to NYS or otherwise, and the Phoenix BBB therefore denies those allegations.

The Alaska BBB's "Consumer Warning"

17.    In answering paragraphs 34 to 37 of the Complaint, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*he* and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions.  Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of

the Alaska BBB, which has been voluntarily dismissed from this action, related to NYS or otherwise, and therefore the Phoenix BBB denies those allegations.

### The Council of BBBs' Information Sharing Network

18. In answering paragraphs 38 to 41 of the Complaint, the Phoenix BBB admits that the CBBB shares certain information with and among its licensees, including the Phoenix BBB, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*h*e and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions.  Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of the CBBB, which has been voluntarily dismissed from this action, related to NYS or otherwise, and therefore the Phoenix BBB denies those allegations.

### The Effects of False Statements

19. In answering paragraphs 42 to 45 of the Complaint, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*h*e and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions.  Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of the St. Louis BBB, the Alaska BBB or the CBBB, related to NYS or otherwise and therefore the Phoenix BBB denies those allegations.

## COUNT I

## DEFAMATION

(*NYS v. the Phoenix BBB, St. Louis BBB, and Alaska BBB*)

20. In response to paragraph 46 of the Complaint, the Phoenix BBB incorporates herein by reference its responses to each and every allegation contained in paragraphs 1 through 45 of the Complaint as if restated fully herein.

21. In answering paragraphs 47 to 56 of the Complaint, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*he* and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions. Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of the St. Louis BBB, the Alaska BBB or the CBBB, related to NYS or otherwise, and therefore the Phoenix BBB denies those allegations.

## COUNT II

### TORTIOUS INTERFERENCE WITH CONTRACT AND/OR BUSINESS EXPECTANCY

**(NYS v. the Phoenix BBB, St. Louis BBB, and Alaska BBB)**

22. In response to paragraph 57 of the Complaint, the Phoenix BBB incorporates herein by reference its responses to each and every allegation contained in paragraphs 1 through 56 of the Complaint as if restated fully herein.

23. In answering paragraphs 58 to 61 of the Complaint, the Phoenix BBB denies making any false or actionable statements about NYS and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions. Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of the St. Louis BBB, the Alaska BBB or the CBBB, related to NYS or otherwise, and therefore the Phoenix BBB denies those allegations.

24. In answering paragraph 62, the Phoenix BBB denies that it had any knowledge of any actual or prospective contract between NYS and any other third party. Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the knowledge of the St. Louis BBB, the Alaska BBB or the CBBB, and therefore the Phoenix BBB denies the remaining allegations of paragraph 62.

25. In answering paragraphs 63 to 68 of the Complaint, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*he* and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions. Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of the St. Louis BBB, the Alaska BBB or the CBBB, related to NYS or otherwise, and therefore the Phoenix BBB denies those allegations.

## COUNT III

## CONSPIRACY

(*NYS v. Council of BBBs*)

26. In response to paragraph 69 of the Complaint, the Phoenix BBB incorporates herein by reference its responses to each and every allegation contained in paragraphs 1 through 68 of the Complaint as if restated fully herein.

27. In answering paragraphs 70 to 72 of the Complaint, the Phoenix BBB denies making any false, defamatory or actionable statements about NYS and/or "T*he* and denies all the allegations in those paragraphs related to the Phoenix BBB's actions or omissions. Furthermore, the Phoenix BBB is without sufficient information at this time to form a belief as to the truth or falsity of the allegations related to the actions of the CBBB, related to NYS or otherwise, and therefore the Phoenix BBB denies those allegations.

28. The Phoenix BBB denies each and every allegation in the Complaint that is not specifically and expressly admitted in this Answer.

29. The Phoenix BBB denies NYS is entitled to any of the relief requested in its prayers for relief.

## DEFENSES

30. The Phoenix BBB affirmatively alleges that NYS has failed to state a claim upon which relief can be granted against the Phoenix BBB.

31. The Phoenix BBB affirmatively alleges that all or some of NYS's claims are barred by the applicable statutes of limitation and the defenses/doctrines of estoppel, laches, unclean hands, and applicable Arizona law.

32. The Phoenix BBB affirmatively alleges that NYS's claims are barred in whole or in part by the doctrines of absolute and/or qualified privilege.

33. The Phoenix BBB affirmatively alleges that NYS's claims are barred by the affirmative defense of truth.

34. The Phoenix BBB affirmatively alleges that any alleged damages are subject to reduction by allocating fault to NYS, all parties now or hereafter joined in this lawsuit, and other non-parties at fault, pursuant to A.R.S. §§ 12-2501 *et seq.* and applicable law.

35. Upon information and belief, the Phoenix BBB affirmatively alleges that it caused no damage to NYS in any manner – either directly or proximately.

36. Upon information and belief, the Phoenix BBB alleges that in the event NYS can prove it has been damaged at all, NYS unreasonably exposed itself to the alleged damages, incurred and increased its own injuries as a result of its own actions, or that the injuries were caused by other parties or non-parties and not the Phoenix BBB.

37. The Phoenix BBB affirmatively alleges that NYS's claims are barred to the extent it failed to mitigate its damages or to avoid harm otherwise.

38. The Phoenix BBB affirmatively alleges that NYS's claims for punitive damages are barred by lack of the requisite malice or intent, and in any event limited by due process concepts of proportionality and fairness.

WHEREFORE, having fully answered and defended, the Phoenix BBB demands that judgment in its favor be entered as follows:

    A. That the claims asserted against the Phoenix BBB in the Complaint be dismissed with prejudice and that NYS take nothing therefrom;

1  B. For an award of their attorneys' fees and costs incurred and expended in defending this lawsuit as provided by law in connection with A.R.S. § 12-341 and A.R.S. § 12-341.01;

C. For interest on all sums awarded from the earliest dates and at the highest rates permitted by law; and

D. For such other and further relief as the Court deems appropriate.

DATED this 21st day of January, 2011.

> RYLEY CARLOCK & APPLEWHITE
>
> By /s/Peter J. Borns
>   Andrea G. Lisenbee
>   Peter J. Borns
>   Charitie L. Hartsig
>   Attorneys for *Defendant Better Business Bureau, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached using the CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was transmitted electronically to:

> Steven M. White
> Paul D. Ticen
> White Berberian PLC
> 60 E. Rio Salado Pkway, Ste. 900
> Tempe, Arizona 85251
> swhite@wbazlaw.com
> Counsel for Plaintiff
>
> David Ludwig
> Dunlap Grubb & Weaver PLLC
> 199 Liberty Street SW
> Leesburg, VA 20175
> Counsel for Plaintiff

DATED this 21st day of January, 2011.

/s/Gina Zamora